IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NO. |
| vs. | ) |
| EDWARD CRYSTALOSKI, JR., | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff is the United States of America ("Plaintiff").

2. Defendant, Edward Crystaloski, Jr., is an individual residing within the Western District of Pennsylvania ("Defendant").

3. This Court has jurisdiction over this civil action pursuant 28 U.S.C. §1345.

4. Defendant is indebted to Plaintiff for the following amounts:

   | | | |
   |---|---|---|
   | Principal Balance | $4,749.29 | |
   | Interest to 03/30/10 | $3,959.46 | |
   | Total | $8,708.75 | calculate as of 03/30/10 |

   plus attorneys' fees and costs of collection.

5. The Certificate of Indebtedness, attached as **Exhibit "A"**, shows the total owed excluding attorneys' fees and court cost and related charges. The principal balance and the interest balance shown in the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate 5.01% per annum from the date stated in Exhibit "A". The promissory notes which are at issue are attached as **Exhibit "B"** hereto.

6.  Demand has been made upon Defendant for payment of the indebtedness, and Defendant has neglected and refused to pay same.

WHEREFORE, Plaintiff prays for judgment:

A.  For the sum of $8,708.75, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment until paid in full;

B.  For attorneys' fees allowed by law or contact; and

C.  For such other relief which the Court deems proper.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

   /s/ K. Michael Lang
K. Michael Lang, Esquire
PA I.D. No. 306537
McGrath Law Group, P.C.
Three Gateway Center
401 Liberty Avenue, Suite 1375
Pittsburgh, PA 15222
Telephone (412) 281-4333
Facsimile (412) 281-2141
Attorneys for Plaintiff